UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-879-MWF(PLAx)**                                   Dated: **March 22, 2022**

Title:    Jamey Perry -v- CLK Island Properties, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                          None Present
Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                          None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

In light of the Notice of Settlement [19] filed March 17, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for May 16, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                       Initials of Deputy Clerk   rs
CIVIL - GEN